IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GLENN KILDUFF AND<br>KILDUFF TRUCKIN,<br>  Plaintiffs,<br><br>  v.<br><br>JAYCO, INC.,<br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:23-cv-00470-JMG |

**ORDER**

**AND NOW,** this 10th day of May, 2023, upon consideration of Defendant's Motion to Change Venue (ECF No. 6) and Plaintiffs' Response (ECF No. 7), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Northern District of Indiana.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge